JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944
Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
2008 AUG 20 P 3:13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
    vs.
PAUL COLIN LEE COMER,
          Defendant.

) Criminal No.: CR-08 00562 HRL
)
) VIOLATIONS: 18 U.S.C. §13, assimilating
) California Vehicle Code §14601.2(a) –
) Driving when Privilege Suspended or Revoked
) for DUI; 18 U.S.C. §13, assimilating
) California Vehicle Code §23247(e) – Unlawful
) Vehicle Operation.
)
)

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. §13, assimilating California Penal Code §14601.2(a) – Driving when Privilege Suspended or Revoked for DUI.

On or about 27 May 2008, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant,

PAUL COLIN LEE COMER,

1  did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was
2  suspended for driving under the influence of an alcoholic beverage, and when he had knowledge
3  of said suspension and revocation. This is in violation of Title 18, United States Code, Section
4  13, assimilating California Vehicle Code Section 14601.2(a), a class A misdemeanor.

5  COUNT TWO:  18 U.S.C. §13, assimilating California Vehicle Code §23247(e) – Unlawful
6  Vehicle Operation.

7  On or about 27 May 2008, at Fort Hunter Liggett, in the County of Monterey, in the
8  Northern District of California, and within the special maritime and territorial jurisdiction of the
9  United States, the defendant,

PAUL COLIN LEE COMER,

did unlawfully operate a vehicle not equipped with a functioning ignition interlock device when driving privilege was restricted pursuant to section 13352 or section 23575 and when subject to a court order not to operate a vehicle. This is in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 23247(e), a class A misdemeanor.

DATED: 7/31/2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
Robert N. Michaels, SAUSA

2

INFORMATION
United States of America v. Paul Colin Lee Comer

AO 257 (Rev. 9/92)

**CR-08 00562 HRL**  PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

FILED 2008 AUG 20 P 3:13
RICHARD W. WIEKING
U.S. CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

**OFFENSE CHARGED**
See Attached

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT**
Paul Colin Lee

Address:

Birth Date:    ☑ Male    ☐ Alien
              ☐ Female  (if applicable)

(Optional unless a juvenile)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY ▶

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Process: Summons for arraignment

To appear before Judge Seeborg on 6 October 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. PAUL COLIN LEE COMER

**COUNT ONE:** 18 USC, Sec. 13 assimilating CVC Sec. 14601.2 (a) – Driving when privilege suspended for DUI.

If the offense occurred within five years of a prior offense that resulted in a conviction of a violation of this section or Section 14601, 14601.1, or 14601.5…

    Penalties:    Mandatory Minimum:
              30 days imprisonment in county jail
              $500 fine

                    Maximum Penalties:
              1 year imprisonment in county jail.
              $2,000 fine

**COUNT TWO:** 18 USC Sec 13 assimilating CVC Sec 23247(e) – Operating a vehicle w/o court ordered ignition interlock device.

    Penalties:    Mandatory Minimum:
              N/A

                    Maximum Penalties:
              6 months imprisonment in county jail.
              $5,000 fine