1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA 93944
7      Telephone: (831) 242-4537

8  Attorneys for Plaintiff

**Filed**

JUN   3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SALINAS DIVISION
12

13  UNITED STATES OF AMERICA,          )   CR 08-00562 ~~MAG~~ **RS**
                                       )
14           Plaintiff,                )              *RS*
                                       )   MOTION AND [~~PROPOSED~~] ORDER TO
15      vs.                            )   DISMISS CASE CR 08-00562 MAG
                                       )
16  PAUL COLIN LEE COMER,              )
                                       )
17           Defendant.               )
                                       )
18  _____

19  1. The United States moves that the case against the above named defendant, CR 08-00562

20  MAG, be dismissed.

21  2. The United States makes this motion in the interests of Justice.

22

23                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
24

25

26                                      ROBERT N. MICHAELS
                                        Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER                    1
TO DISMISS CASE CR 08-00562 MAG

## **ORDER**

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the matter of United States of America v. Paul Colin Lee Comer, CR 08-00562 MAG, is dismissed without prejudice.

Dated: ___6/3/___ 2009

_____
RICHARD SEEBORG
United States Magistrate Judge